United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-10296-SDB |
| Johnqueil Lashawn Owens | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 10, 2024 | Form ID: pdf004 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Johnqueil Lashawn Owens, 4346 Big Dipper Circle, Hephzibah, GA 30815-4543 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024       Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Lynn Betts | on behalf of Creditor Nationstar Mortgage LLC bkecfinbox@aldridgepite.com  abetss-whalen@ecf.courtdrive.com |
| Brian K Jordan | on behalf of Creditor Lakeview Loan Servicing  LLC ecfgasb@aldridgepite.com, bjordan@ecf.courtdrive.com |
| Elizabeth Ann Childers | on behalf of Creditor Foursight Capital LLC echilders@rlkglaw.com swenger@rlklawfirm.com;csmith@rlklawfirm.com;llawson@rlkglaw.com |
| Howell Alexander Hall | on behalf of Creditor Lakeview Loan Servicing  LLC hohall@LOGS.com, LOGSECF@logs.com |
| Huon Le | huonle@chp13aug.org  notices@chp13aug.org |
| James C. Overstreet Jr. | on behalf of Trustee James C. Overstreet Jr. jco@klosinski.com joverstreet@ecf.epiqsystems.com;jco-trustee@ecf.inforuptcy.com;jlund@klosinski.com;jco@trustesolutions.net;cjco11@trustesolutions.net |
| Kathlyn F.I.F Khashan | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 113J-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 10, 2024 | Form ID: pdf004 | Total Noticed: 1 |

Lee Ringler
    on behalf of Debtor Johnqueil Lashawn Owens court@leeringler.com  lringler@leeringler.com;r42402@notify.bestcase.com

Mark L. Wilhelmi
    on behalf of Creditor 1st Franklin Financial Corporation Bankruptcycourt@markwilhelmilaw.com

Mark L. Wilhelmi
    on behalf of Creditor Lakeview Loan Servicing  LLC Bankruptcycourt@markwilhelmilaw.com

Office of the U. S. Trustee
    Ustpregion21.sv.ecf@usdoj.gov

TOTAL: 11

**IT IS ORDERED as set forth below:**



**Date: January 10, 2024**

*Susan D. Barrett*

United States Bankruptcy Judge
Southern District of Georgia

---

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF GEORGIA

Augusta Division

| | |
|---|---|
| IN RE:<br><br>Johnqueil Lashawn Owens,<br><br><br>DEBTOR. | CASE NO: 23-10296<br><br>CHAPTER: 13 |

### ORDER AUTHORIZING MOTION TO SELL PROPERTY

This proceeding comes before the Court on the application of the Debtor for authority to sell free and clear of liens the estate's interest in real property located at 4346 Big Dipper Circle, Hephzibah, Richmond County, Georgia, Tax Parcel I.D. 2140118000, upon the terms stated in a Purchase and Sale Agreement, dated on or about November 30, 2023, for a sale price in the sum of $216,000.00 to C&A Flippin Investments, LLC, as Buyer.

After notice and a hearing, the Court has been informed that all parties in interest have been notified of the intention to sell said property and all outstanding objections are being resolved by the terms of this Order. The Debtor has represented to the Court that such sale is in the best interest of creditors of the estate. The Debtor also has informed the Court that the lien claimed by Nationstar Mortgage, L.L.C. against said property will be paid in full upon the sale of said property. The Debtor further agreed to reduce his wildcard exemption claim to $1,200.00. It is therefore,

**ORDERED, ADJUDGED, AND DECREED**, that the Debtor is authorized to sell and to convey the estate's interest in the above-described property, and that the lien claimed by Nationstar Mortgage, L.LC, the above-named creditor, shall be paid in full upon the sale of said property.

**IT IS ORDERED, ADJUDGED, AND DECREED,** that the Debtor's $21,500.00 homestead exemption be paid to Debtor, with the remaining net proceeds being paid to the Chapter 13 Trustee and applied to bring Debtor's chapter 13 plan payments current, with the Chapter 13 Trustee holding any remaining proceeds in trust pending further Court order.

**IT IS ORDERED, ADJUDGED, AND DECREED,** that the Chapter 13 Trustee shall make no further distributions on the secured claim asserted by Nationstar Mortgage, L.L.C.

**IT IS ORDERED, ADJUDGED, AND DECREED,** that Debtor's counsel shall serve the closing attorney for the sale of said property with a copy of this Order, and the closing attorney shall send a copy of the closing statement to Debtor's counsel and to the Chapter 13 Trustee at least 48 hours prior to closing for approval.

**AND IT IS SO ORDERED**.

**[END OF DOCUMENT]**